# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKEE ABDUL-MALIK,<br><br>   Petitioner,<br><br> v.<br><br>WARDEN AMY MILLER,<br><br>   Respondent. | NO. CV 14-9929-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: June 4, 2015.

_____
S. JAMES OTERO
United States District Judge